# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

140008

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 140008
                                  COA: 291953
                                  Wayne CC: 05-001277-01

REGINALD JEROME RIGGINS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010 _____

_____
Clerk

p0519